**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **BOND ANDREWS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:21-CV-00209 |
| **MEDMARK SERVICES, INC.,** | ) |
| Defendant. | ) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

ON THIS DAY, came on for consideration the Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation") filed by Plaintiff Bond Andrews and Defendant MedMark Services, Inc. The Court finds that the Joint Stipulation should be and hereby is GRANTED.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that all claims Plaintiff Bond Andrews asserted, or could have asserted, in the above-referenced case are hereby DISMISSED WITH PREJUDICE. Each party shall bear the costs of court and attorney's fees incurred by that party.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 21st day of January, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE